**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **TAMMY HYCHE and HOWARD HYCHE** | **PLAINTIFFS** |
| **V.** | **NO. 3:17-CV-229-DMB-RP** |
| **SAFECO INSURANCE COMPANY OF ILLINOIS** | **DEFENDANT** |

**ORDER**

On October 22, 2018, the plaintiffs filed a "Stipulation and Joint Motion for Dismissal," signed on behalf of all parties who have appeared, in which the parties "stipulate to the dismissal of all claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii)." Doc. #63. Though the parties "further move the Court for a formal Order of Dismissal," no further action by the Court is required since the parties' stipulation complies with Rule 41(a)(1)(ii). *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) ("The notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required."). Accordingly, to the extent the parties move for an order of dismissal, the motion [63] is **DENIED as moot**.

**SO ORDERED**, this 26th day of October, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**